**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
CARL LANE, AS-1293,            )
                               )
      Plaintiff,               )
                               )
            v.                 ) Civil Action No. 05-80
                               ) Chief Judge Ambrose
LOUIS S. FOLINO, et al.,       ) Magistrate Judge Caiazza
                               ) In Re: Doc. 23
      Defendants.              )
```

## O R D E R

AND NOW, this 21st day of July, 2005;

The Defendants having filed a Motion to Dismiss (Doc. 23) and a brief in support;

IT IS HEREBY ORDERED that the Plaintiff shall be allowed until August 22, 2005, to respond to the Motion.

IT IS FURTHER ORDERED that each party shall serve upon the opposing party a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to each party. Any pleading or other document received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the court.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

July 21, 2005                          s/Francis X. Caiazza
                                       Francis X. Caiazza
                                       U.S. Magistrate Judge


cc:
Carl Lane, AS 1293
SCI Huntingdon
11000 Pike Street
Huntingdon, PA 16654-1112

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Carl Lane, AS 1293
SCI Huntingdon
11000 Pike Street
Huntingdon, PA 16654-1112

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219