IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CARL LANE, AS-1293,             )
                                )
    Plaintiff,                  )
                                )
       v.                       ) Civil Action No. 05-80
                                ) Chief Judge Ambrose
LOUIS S. FOLINO, et al.,        ) Magistrate Judge Caiazza
                                ) In Re: Doc. 28,29
    Defendants.                 )
```

### O R D E R

The Plaintiff's Motion to Quash (Doc. 28) is DENIED.

The Plaintiff's Motion for an Extension of Time (Doc. 29) is GRANTED. The Plaintiff shall be allowed until September 22, 2005, to respond to the Defendants' Motion to Dismiss.

August 18, 2005                s/Francis X. Caiazza
                               Francis X. Caiazza
                               U.S. Magistrate Judge


cc:
Carl Lane, AS 1293
SCI Huntingdon
11000 Pike Street
Huntingdon, PA 16654-1112

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219